UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA CARTER,

    Plaintiff,

-vs-                                        CASE NO.:  3:17-CV-00004-HES-PDB

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, LINDA CARTER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LINDA CARTER, and Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                */s/Amy Ferrera, Esquire*
                                                Amy Ferrera, Esquire
                                                Florida Bar #:  15313
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Tele:  (813) 577-4738
                                                Fax:  (813) 559-4846
                                                amferrera@forthepeople.com
                                                amoore2@forthepeople.com
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Dale T. Golden, Esquire, GOLDEN SCAZ GAGAIN, PLLC, 201 N. Armenia Ave., Tampa, FL  33609 (dgolden@gsgfirm.com; LBrooks@gsgfirm.com); Charles McHale, Esquire, GOLDEN SCAZ GAGAIN, PLLC, 201 North Armenia Ave., Tampa, FL  33609-1545 (cmchale@gsgfirm.com).

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #:  15313