UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA CARTER,

    Plaintiff,

v.                                             Case No. 3:17-cv-0004-J-20PDB

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' "Joint Stipulation for Dismissal with Prejudice" (Dkt. 17). The parties jointly agree to the dismissal of this case, with prejudice, and with each party to bear its own attorney's fees and costs.

Accordingly it is **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amy Ferrera, Esq.
Charles James McHale, Jr., Esq.
Dale Thomas Golden, Esq.